# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJAUNA KENYATTA IRVIN,<br><br>        Plaintiff,<br><br>    v.<br><br>YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO.   1:10-cv-01940-AWI-GBC (PC)<br><br>ORDER STAYING CASE PENDING COMPLETION OF SETTLEMENT CONFERENCE |

The Court has referred this action to the ADR and Pro Bono Program Director for the United States District Court of the Eastern District of California for settlement purposes.  The ADR and Pro Bono Director is currently in the process of scheduling a settlement conference in this matter.

**Accordingly, this case is HEREBY ORDERED STAYED in its entirety pending the scheduling and completion of the settlement conference.**  If settlement is not accomplished, the case will be reinstated and shall proceed in the normal course.

The parties may anticipate further communication regarding the settlement conference from the Court in the first few weeks of March 2012.

IT IS SO ORDERED.

Dated:   March 1, 2012

UNITED STATES MAGISTRATE JUDGE

1