# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KAJAUNA KENYATTA IRVIN,                    CASE NO. 1:10-cv-1940-AWI-GBC (PC)
                    Plaintiff,
          vs.                              **ORDER & WRIT OF HABEAS CORPUS
                                           AD TESTIFICANDUM TO TRANSPORT**
YATES, et al.,                             **PLAINTIFF, KAJAUNA KENYATTA IRVIN,**
                    Defendants.            **CDC# J-28785 TO CSP-SOLANO ON OR**
                                           **BEFORE MAY 9, 2012**

                                           **PROCEEDINGS AT CSP-SOLANO:**
                                           **DATE:  MAY 9, 2012**
                                           **TIME:  11:00 A.M.**

_____/

          Plaintiff, **KAJAUNA KENYATTA IRVIN**, inmate, CDCR# J-28785, a
necessary and material witness on his own behalf in proceedings in this case on May 9, 2012, at
11:00 a.m., is confined in Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego,
California 92179, in the custody of the Warden.  In order to secure this inmate's attendance it is
necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to
produce **KAJAUNA KENYATTA IRVIN**, CDCR# J-28785, before United States Magistrate
Judge Nandor J. Vadas at California State Prison-Solano, 2100 Peabody Road, Vacaville,
California, 95696 on May 8, 2012, for proceedings on May 9, 2012 at 11:00 a.m.


          **ACCORDINGLY, IT IS ORDERED that:**


          1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
commanding the Warden to produce the inmate named above to participate in a settlement
conference at the time and place above, until completion of the mediation conference or as
ordered by Judge Vadas; and thereafter to return the inmate to the above institution;


          2.  The custodian is ordered to notify the court of any change in custody of this
inmate and is ordered to provide the new custodian with a copy of this writ; and


          3.  The Clerk of the Court is directed to serve a courtesy copy of this order and
writ of habeas corpus ad testificandum on the Litigation Office at CSP-Solano, P.O. Box 4000,
Vacaville, California, 95696, (707) 454-3429.

/ / /
/ / /
/ /

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Richard J. Donovan Correctional Facility, P.O. Box 799006, San Diego, California, 92179:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at California State Prison, Solano, at the time and place above, until completion of the mediation conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   ___March 18, 2012___

                              UNITED STATES MAGISTRATE JUDGE