1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   KAJAUNA KENYATTA IRVIN,                    )   Case No.: 1:10-cv-01940-AWI-SAB (PC)
                                                )
12              Plaintiff,                      )
                                                )   ORDER DIRECTING SERVED DEFENDANTS
13        v.                                    )   TO FILE A RESPONSE TO FOURTH AMENDED
                                                )   COMPLAINT WITHIN THIRTY DAYS
14   JAMES A YATES, et al.,                     )
                                                )   [ECF Nos.  50, 51, 54]
15              Defendants.                     )
                                                )
16   _____        )

17        Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42

18   U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA").  The case

19   was removed from state court on October 14, 2010.

20        Defendants Yates, Allen, Bennett, Brazelton, Lantz, McBride, McGee, Myers, and Nash have

21   made an appearance in the action, and are presently represented by Deputy Attorney General, James

22   D. Mathison.

23        On October 23, 2014, the Court determined this action shall proceed on Plaintiff's Plaintiff's

24   First Amendment claim against Defendants Cate, Giurbino, Sobee, McGee, Allen, Bennett, Huckabay,

25   Myers, McBride, Laniz, Yates, Trimble, Fisher, Brazelton, Nash, Shimmin, Davis, Walker, and Does

26   1-25, a cognizable claim under RLUIPA against Defendants McGee, Allen, Bennett, Huckabay,

27   Myers, McBride, Laniz, Cate, Yates, Trimble, Fisher, Brazelton, Nash, Shimmin, Davis,  Walker,

28   Farkas, Guthery, and Does 1-25, and a cognizable equal protection claim against Defendant McGee.

1  (ECF No. 54.)  All other claims and defendants were dismissed from the action.  (Id.)

2         Based on the foregoing,

3         IT IS HEREBY ORDERED that Defendants Yates, Allen, Bennett, Brazelton, Lantz, McBride,

4  McGee, Myers, and Nash shall file a response to Plaintiff's fourth amended complaint within **thirty**

5  days from the date of service of this order.   The Court will, by separate order, provide Plaintiff with

6  instructions on service of process as to the Defendants who have not yet made an appearance in this

7  action.

8

9  IT IS SO ORDERED.

10 Dated:   **October 28, 2014**

11                                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2