UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJAUNA KENYATTA IRVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A YATES, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01940-AWI-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDNAT BENNETT<br><br>[ECF Nos. 68, 76] |

Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The case was removed from state court on October 14, 2010.

On December 30, 2014, Defendants Brazelton, Nash, Myers, Allen, McGee, Yates, and McBride filed an answer to the fourth amended complaint. (ECF N. 64.) On January 5, 2015, the Court issued a discovery and scheduling order. (ECF No. 68.) After requesting and receiving an extension of time, Defendant Bennett filed an answer to the complaint on February 12, 2015. (ECF No. 76.)

///

///

///

///

1

1   In light of Defendant Bennett's answer, the Court hereby extends all the deadlines and
2   provisions set forth in the Court's January 5, 2015, to Defendant Bennett.

4   IT IS SO ORDERED.

5   Dated:   **February 18, 2015**

    UNITED STATES MAGISTRATE JUDGE