UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJAUNA KENYATTA IRVIN,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES A YATES, et al.,<br><br>  Defendants. | Case No.: 1:10-cv-01940-AWI-SAB (PC)<br><br>ORDER EXTENDING JANUARY 5, 2015, DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS FARKAS, SHIMMIN, FISHER, WALKER, SOBEE, HUCKABAY AND TRIMBLE, AND RESETTING DEADLINE TO FILE EXHAUSTION MOTION TO JULY 13, 2015, AS TO THESE DEFENDANTS ONLY<br><br>[ECF Nos. 68, 96] |

Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The case was removed from state court on October 14, 2010.

On December 30, 2014, Defendants Brazelton, Bennett, Nash, Lantz, Myers, Allen, McGee, Yates and McBride filed an answer to the fourth amended complaint. (ECF No. 64.) On January 5, 2015, the Court issued a discovery and scheduling order, setting the following deadlines: Exhaustion Motion Filing Deadline: April 5, 2015; Deadline to Amend Pleadings: July 5, 2015; Discovery Deadline: September 5, 2015; and Dispositive Motion Deadline: November 16, 2015. (ECF No. 68.)

On May 8, 2015, Defendants Farkas, Shimmin, Fisher, Walker, Sobee, Huckabay and Trimble filed an answer to the fourth amended complaint. (ECF No. 96.)

The Court's January 5, 2015, discovery and scheduling order shall be extended to Defendants Farkas, Shimmin, Fisher, Walker, Sobee, Huckabay and Trimble, and the deadline to file an

1  exhaustion motion is reset to **July 13, 2015**, as to these Defendants <u>only</u>.  All other provisions of the
2  Court's January 5, 2015, discovery and scheduling order remain in full force and effect.

4  IT IS SO ORDERED.

5  Dated:   **May 13, 2015**

6                                            UNITED STATES MAGISTRATE JUDGE