UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJAUNA KENYATTA IRVIN,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES A YATES, et al.,<br><br>            Defendants. | Case No.: 1:10-cv-01940-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT LANTZ'S MOTION TO DISMISS<br><br>[ECF No. 70] |

Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA").  The case was removed from state court on October 14, 2010.

On January 12, 2015, Plaintiff filed a motion to extend the time to file an opposition to Defendant Lantz's motion to dismiss.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file a response to Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated:   **November 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1