**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAJAUNA KENYATTA IRVIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES A YATES, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01940-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF LEGAL DOCUMENTS<br><br>[ECF No. 130] |

　　　　Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The case was removed from state court on October 14, 2010.

　　　　On November 16, 2015, Plaintiff filed a motion for the Court to provide copies of "legal documents."

　　　　Plaintiff does not reference which "legal documents" he seeks to obtain a copy of and the Court cannot discern from the conclusory nature of Plaintiff's motion which documents he is requesting. Furthermore, Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff

///

///

1

1  except by order of the judge.  Accordingly, Plaintiff's motion for a copy of legal documents is
2  DENIED.

5  IT IS SO ORDERED.

6  Dated:   **December 28, 2015**

   UNITED STATES MAGISTRATE JUDGE

2