# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJAUNA KENYATTA IRVIN,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES A YATES, et al.,<br><br>             Defendants. | Case No.: 1:10-cv-01940-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE FURTHER RESPONSE TO COMPLAIN WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 138] |

Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The case was removed from state court on October 14, 2010.

On April 8, 2016, Defendants' motion to dismiss the complaint for failure to state a cognizable claim for relief was denied. (ECF No. 138.) Accordingly, within **thirty (30) days** from the date of service of this order, Defendants shall file a further response to the complaint.

IT IS SO ORDERED.

Dated:   **April 11, 2016**

UNITED STATES MAGISTRATE JUDGE

1