| | |
|---|---|
| KAJAUNA KENYATTA IRVIN, | Case No.: 1:10-cv-01940-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF SHANNON LANTZ IN PLACE OF DECEASED DEFENDANT SETH LANTZ |
| JAMES A YATES, et al., | |
| Defendants. | [ECF Nos. 134, 158, 159] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Kajauna Kenyatta Irvin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The case was removed from state court on October 14, 2010.

On November 16, 2016, the Court directed deceased Defendant Seth Lantz's counsel to re-serve the suggestion of death, along with a copy of Plaintiff's motion for substitution on successor, Shannon Lantz. (ECF No. 158.)

On December 7, 2016, Defendants' counsel filed a declaration declaring that on this same date, Shannon Lantz was served with a copy of the notice of death, and Plaintiff's notice of substitution.

///

///

///

1

The Court finds that Plaintiff has complied with the requirements of Rule 25 of the Federal Rules of Civil Procedure and Shannon Lantz, wife of the deceased Defendant Seth Lantz is substituted as a party Defendant in this case. Fed. R. Civ. P. 25(a)(1). The Clerk of Court is instructed to update the docket accordingly.

IT IS SO ORDERED.

Dated: **June 2, 2017**

UNITED STATES MAGISTRATE JUDGE